

cordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

ord, we conclude that dismissal was proper for the reasons the district court stated. *See Zutz v. Nelson,* 601 F.3d 842, 850 (8th Cir.2010) (damage to reputation alone is insufficient to invoke due process protections). Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Chimeka RANDLE, Plaintiff–Appellant**

**v.**

**TEXARKANA ARKANSAS HOUSING AUTHORITY, Defendant– Appellee.**

**No. 12–1901.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 11, 2012.

Filed: Sept. 13, 2012.

Chimeka Randle, Texarkana, AR, pro se.

Michael Scott Moore, Friday & Eldredge, Little Rock, AR, for Defendant– Appellee.

Before, MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Chimeka Randle appeals the district court's [1] order dismissing her 42 U.S.C. § 1983 complaint for failure to state a claim. Having carefully reviewed the rec-

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.